# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ROBERT ETHAN MILLER, JR.,
        Plaintiff,

    v.                                    CIVIL ACTION NO. 15-12903-NMG

FUND: 197, ET AL.,
CUSIP: 315918672, SYMBOL: FABTX
SEARCH VALUE: 197cr49601Iode, or DERIVATIVE,
ET AL.,
        Defendants.

## MEMORANDUM AND ORDER FOR DISMISSAL

**GORTON, J.**

On October 19, 2015, this Court issued a Memorandum and Order (Docket No. 19) directing plaintiff, a three-strikes litigant, to pay the $350.00 filing fee and the $50.00 administrative fee for this action by December 15, 2015, failing which the case would be dismissed.  Additionally, this Court dismissed all claims purported to be asserted on behalf of another because plaintiff was not authorized to bring such claims in this Court *pro se*.  Further, this Court reserved ruling on all of plaintiff's motions (Docket Nos. 2, 3, 6, 7, 8, 9, 11 and 14) pending compliance with this Memorandum and Order.  To date, plaintiff has not paid the filing and administrative fees of the Court as directed and the time period for doing so has expired.

Accordingly, for the failure to comply with the Court's directives and for the substantive reasons set forth in the Memorandum and Order, this action is hereby <u>DISMISSED</u> in its entirety.  In light of this dismissal, all pending motions (Docket Nos. 2, 3, 6, 7, 8, 9, 11 and 14) are <u>DENIED</u> as moot.

SO ORDERED.

DATED: December 30, 2015
                                      <u>/s/ Nathaniel M. Gorton</u>
                                      Nathaniel M. Gorton
                                      United States District Judge